UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 23-cv-10806
                                    Hon. Matthew F. Leitman

UNITED TAX TEAM, INC., *et al.*,

    Defendants.

_____/

### ORDER DENYING DEFENDANT GLEN HURST'S MOTION TO DISMISS AMENDED COMPLAINT(ECF No. 21)

On January 12, 2024, the Court held a hearing on Defendant Glen Hurst's Motion to Dismiss Amended Complaint. (*See* Mot., ECF No. 21.) For the reasons stated on the record at the conclusion of the hearing, the Motion is denied. Defendant Hurst shall file an Answer to the Amended Complaint no later than March 4, 2024.

**IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: January 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2024, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126