UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 23-cv-10806
Hon. Matthew F. Leitman

UNITED TAX TEAM, INC., *et al.*,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION AND TO EXTEND THE TIME TO COMPLETE SERVICE (ECF No. 18)

On June 30, 2023, the United States filed a motion "for service by publication and to extend the time to complete service" on Defendants Green, Bishop, and Turner. (See ECF No. 18.) On January 12, 2024, the Court held a hearing on that motion.

For the reasons stated on the record, Plaintiff's motion for service by publication and to extend the time to complete service is **GRANTED**. Plaintiff shall publish a notice containing the information required by Mich. Ct. R. 2.106(C)(1) once a week for three weeks in either in either the Detroit Free Press or the Detroit News. The publication notice shall be directed "To Alicia Bishop, Michael Turner,

1

and Tenisha Green." The deadline to complete service of process shall be extended until 30 days from the date of entry of this order.

**IT IS SO ORDERED.**

          s/Matthew F. Leitman
          MATTHEW F. LEITMAN
          UNITED STATES DISTRICT JUDGE

Dated: January 24, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2024, by electronic means and/or ordinary mail.

          s/Holly A. Ryan
          Case Manager
          (313) 234-5126