UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UNITED TAX TEAM, INC., et al.,

    Defendants.

_____/

Case No. 23-cv-10806
Hon. Matthew F. Leitman

### ORDER GRANTING UNITED STATES OF AMERICA'S REQUEST TO SUBSTITUTE COUNSEL

Plaintiff United States of America filed a Request to Substitute Counsel on November 26, 2024 (Dkt. 76) pursuant to Local Rule 83.25.(b)(2). This Court finds good cause to grant the United States' motion to substitute counsel because Stephen N. Shashy is no longer employed by the United States' Department of Justice, Tax Division.

WHEREFORE, Plaintiff United States' Motion to Substitute Counsel is GRANTED. For Plaintiff United States of America, Julia M. Glen shall be noticed as lead counsel and Stephen N. Shashy shall be removed as counsel.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 26, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 26, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
