UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 23-cv-10806
    Hon. Matthew F. Leitman

UNITED TAX TEAM, INC., *et al.*,

    Defendants.
_____/

### ORDER REQUIRING PLAINTIFF UNITED STATES OF AMERICA TO SERVE DEFENDANTS WITH NOTICE OF HEARING

In this action, Plaintiff United States of America alleges that Defendant United Tax Team, Inc. ("United") and several of United's employees engaged in a fraudulent tax scheme accomplished by preparing false federal tax returns. (*See* Compl., ECF No. 13.) The United States served Defendants Alicia Bishop, Tenisha Green, Alicia Qualls, Constance Stewart, and Michael Turner with the Complaint (*see* Certificates of Service, ECF Nos. 5, 15 44), but none of those Defendants have appeared in this action. Nor have they filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against Qualls and Stewart on December 15, 2023 (*see* Defaults, ECF Nos. 29, 30), and against Bishop, Green, and Turner on March 22, 2024 (*see* Defaults, ECF Nos. 47, 48, 49).

1

On December 13, 2024, the United States filed a motion for a default judgment against Bishop, Green, Qualls, Stewart, and Turner. (*See* Mot., ECF No. 78.) The Court has now issued a Notice of Hearing setting that motion for a Zoom electronic hearing on **February 7, 2025, at 10:30 a.m.**

By no later than **January 13, 2025**, the United States shall serve Bishop, Green, Qualls, Stewart, and Turner with (1) the Notice of Hearing, (2) this order, (3) the Zoom link provided by the Court so that Bishop, Green, Qualls, Stewart, and Turner can access the Zoom hearing, and (4) a proposed default judgment. In addition, by no later than **January 13, 2025**, the United States shall file a Certificate of Service on the docket confirming that it has served Bishop, Green, Qualls, Stewart, and Turner with those documents. Finally, by no later than **January 13, 2025**, the United States shall submit a proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: December 17, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126

2